THE PEOPLE OF THE STATE OF NEW YORK ex rel. MERGENTHALER LINOTYPE COMPANY, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [Park Avenue, Grand Avenue and Ryerson Street, Borough of Brooklyn.] — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 167.]

THOMAS M. SPIRITO et al., Appellants, v. BELL TRANSPORTATION SYSTEM, INC., et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ. [See *ante,* p. 891.]

STANLEY R. WHITE et al., Doing Business under the Name of WHITE & WHITE, Respondents, v. 221 WEST 82ND STREET CORP., Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante,* p. 886.]

AGATHA AGOSTINO et al., Respondents, v. CITY OF NEW YORK, Appellant, et al., Defendants.— In negligence actions wherein recovery is sought for injuries sustained by the female plaintiffs and by their husbands for loss of services and medical expenses, judgment insofar as it is in favor of plaintiffs, other than plaintiff Catherine Spinella, unanimously affirmed, with costs. No opinion. Judgment insofar as it is in favor of plaintiff Catherine Spinella reversed on the facts and new trial granted, with costs to abide the event, unless within ten days after service of the order to be entered hereon, together with notice of entry thereof, said plaintiff stipulate to reduce the verdict in her favor to $7,500, in which event that part of the judgment, as so reduced, is unanimously affirmed, without costs. The $10,000 verdict for plaintiff Catherine Spinella is excessive. Present — Nolan, P. J., Carswell, Adel, Schmidt and Beldock, JJ., concur.

CHARLES A. A'HEARN, Respondent, v. SERVOMECHANISMS, INC., Appellant. (Appeal No. 1.) — In an action to recover damages for breach of a contract pursuant to which plaintiff was to perform services in connection with a proposed group insurance plan, defendant appeals from an order denying its motion to dismiss the complaint, based upon the pleadings, plaintiff's bill of particulars and admissions by plaintiff in an examination before trial. Order affirmed, with $10 costs and disbursements. Accepting all admissions allegedly made in plaintiff's reply, bill of particulars and examination before trial, a question remains as to the extent of the commissions to be received by the plaintiff, which must be determined at a trial. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur. [See *post, p.* 1036; 282 App. Div. 740.]